## BASS *v.* UNITED STATES ET AL.

No. 528.  Decided January 26, 1959.

*Wilbert G. Burnette* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, W. Louise Florencourt, Robert W. Ginnane* and *Carroll T. Prince, Jr.* for the United States and the Interstate Commerce Commission, appellees.

*Linwood C. Major, Jr.* for the Atlantic Greyhound Corporation et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## LANZA *v.* NEW JERSEY.

No. 532.  Decided January 26, 1959.

*Vito F. Lanza* for appellant.

*David D. Furman,* Attorney General of New Jersey, and *Bernard Hellring* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.